IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

BLAKE LEE REYES,

    Plaintiff,

v.

U.S. FEDERAL COMMUNICATIONS COMMISSION,

    Defendant.

No. 3:25-cv-00577-SB

OPINION AND ORDER

**BAGGIO, District Judge**:

## I. INTRODUCTION

On April 24, 2025, Magistrate Judge Stacie F. Beckerman issued her Findings and Recommendation ("F&R"), ECF No. 4, recommending that the Court DENY Plaintiff Blake Lee Reyes's Application for Leave to Proceed in forma pauperis ("IFP"), ECF No. 2, and DISMISS his Complaint ("Compl."), ECF No. 1, with prejudice as frivolous. Plaintiff did not file objections.

## II. DISCUSSION

The magistrate judge makes only recommendations to the court, to which any party may file written objections. 28 U.S.C. §§ 636(b)(1)(B), (C). If a party objects, the court "shall make a de novo determination of those portions of the report or specified proposed findings or

OPINION AND ORDER — 1

recommendation to which objection is made." *Id.* § 636(b)(1)(C). The court is not, however, required to review, de novo or under any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the F&R to which no objections are addressed. *Thomas v. Arn*, 474 U.S. 140, 149 (1985); *United States v. Ramos*, 65 F.4th 427, 433 (9th Cir. 2023). While the level of scrutiny that the court applies to its F&R review depends on whether a party has filed objections, the court is free to accept, reject, or modify any part of the F&R. 28 U.S.C. § 636(b)(1)(C); *see also Thomas*, 474 U.S. at 154.

### III. CONCLUSION

Upon review, the Court agrees with Judge Beckerman's recommendation and ADOPTS the F&R [4] in full. Plaintiff's Complaint is DISMISSED with prejudice as frivolous. Although Plaintiff establishes that he has minimal income and assets, the Court clarifies that it DENIES his Application for Leave to Proceed IFP [2] as moot.

IT IS SO ORDERED.

DATED this 27th day of May, 2025.

*Amy M. Baggio*
_____
AMY M. BAGGIO
United States District Judge

OPINION AND ORDER — 2